IN THE STATE COURT OF COWETA COUNTY
STATE OF GEORGIA

TONYA RHONE,

Plaintiff,

v.

WAL-MART STORES EAST, L.P.,

Defendant.

______________________________/

Civil Action File No. 24SV0822

**DEFENDANT'S FIRST REQUEST FOR ADMISSIONS OF FACT TO PLAINTIFF**

COMES NOW Defendant, and pursuant to O.C.G.A. § 9-11-36, requests that Plaintiff admit for purposes of this action only, the following matters within 30 days.

1.

Plaintiff will not seek, recover or collect from Defendant Wal-Mart Stores East, L.P., from Wal-Mart Inc., or from any Wal-Mart entity a sum in excess of $75,000.

2.

Any portion of a verdict against Defendant that exceeds $75,000 will be written down by the Court so that the Judgment shall not exceed the sum of $75,000.

3.

Neither Wal-Mart Stores East, L.P., Wal-Mart Inc., nor any other Wal-Mart entity in this action shall be ordered, adjudged or called upon to pay to Plaintiff a sum in excess of $75,000.

McLAIN & MERRITT, P.C.

/s/ Ashley A. Bagiatis
Ashley A. Bagiatis
Georgia Bar No. 141360
Attorneys for Defendant
WAL-MART STORES EAST, L.P.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 266-9171
(404) 364-3138 (fax)
aabagiatis@mmatllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the within and foregoing

**DEFENDANT'S FIRST REQUEST FOR ADMISSIONS OF FACT TO PLAINTIFF**

upon counsel for all parties via Statutory Electronic Service addressed as follows:

rwarsett@calvinsmithlaw.com
Ross S. Warsett
W. Calvin Smith, II, PC
3560 Lenox Road
Suite 3020
Atlanta, GA 30326

This the 2nd day of December, 2024.

McLAIN & MERRITT, P.C.

/s/ Ashley A. Bagiatis
Ashley A. Bagiatis
Georgia Bar No. 141360
Attorneys for Defendant
WAL-MART STORES EAST, L.P.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA 30326
(404) 266-9171
(404) 364-3138 (fax)
aabagiatis@mmatllaw.com

**IN THE STATE COURT OF COWETA COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **TONYA RHONE,** | : | |
| | : | |
| **PLAINTIFF,** | : | |
| | : | **Civil Action File No.: <u>24SV0822</u>** |
| **v.** | : | |
| | : | |
| **WALMART STORES EAST, L.P.,** | : | |
| | : | |
| **DEFENDANT.** | : | |

**PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS**

COMES NOW, TONYA RHONE, Plaintiff in the above-styled case, and timely responds to Defendant WALMART STORES EAST, L.P.'s, Requests for Admission to Plaintiff as follows:

**GENERAL OBJECTION**

Plaintiff objects to the preliminary statement insofar as it purports to require the disclosure of information not available to the Plaintiff. Plaintiff further objects to the preliminary statement insofar as it would purport to require the disclosure of information constituting privileged attorney/client communications as well as trial preparation materials without the showing mandated by O.C.G.A. § 9-11-26. In addition, Plaintiff objects to the definitions to the extent that they impose a burden beyond that set by the Civil Practice Act.

1. Denied.
2. Denied.
3. Denied.

*(Signature on following page)*

Respectfully submitted, this 19th day of December, 2024.

**W. CALVIN SMITH II, P.C.**

Ross S. Warsett, Esq.
Georgia Bar No. 276487
*Attorney for Plaintiff*

W. CALVIN SMITH II, P.C.
3560 Lenox Road NE, Suite 3020
Atlanta, Georgia 30326
P: (404) 842-0999
F: (404) 836-3465
***Electronic Service: rwarsett@calvinsmithlaw.com***

**IN THE STATE COURT OF COWETA COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| **TONYA RHONE,** | : | |
| | : | |
| **PLAINTIFF,** | : | |
| | : | **Civil Action File No.: 24SV0822** |
| **v.** | : | |
| | : | |
| **WALMART STORES EAST, L.P.,** | : | |
| | : | |
| **DEFENDANT.** | : | |

**RULE 5.2 CERTIFICATE OF SERVICE**

This is to certify that I have served upon counsel for Defendant a copy of the foregoing **Plaintiff's Discovery Responses to Defendant's Interrogatories, Requests for Production of Documents and Requests for Admissions** by statutory electronic service addressed as follows:

Ashley A. Bagiatis
Aabagiatis@mmatllaw.com
McLain & Merritt, P.C.
3445 Peachtree Road, N.E.
Suite 500
Atlanta, GA 30326

Respectfully submitted, this 19th day of December, 2024.

**W. CALVIN SMITH II, P.C.**

Ross S. Warsett, Esq.
Georgia Bar No. 276487
*Attorney for Plaintiff*

W. CALVIN SMITH II, P.C.
3560 Lenox Road NE, Suite 3020
Atlanta, Georgia 30326
P: (404) 842-0999
F: (404) 836-3465
***Electronic Service: rwarsett@calvinsmithlaw.com***